IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SOPHANA SOVANN,<br>          Petitioner,<br><br>v.<br><br>KEVIN KAUFFMAN,<br>THE DISTRICT ATTORNEY OF THE<br>COUNTY OF PHILADELPHIA, and<br>THE ATTORNEY GENERAL OF THE<br>STATE OF PENNSYLVANIA,<br>          Respondents. | CIVIL ACTION<br><br><br><br>NO. 16-4800 |

**O R D E R**

**AND NOW**, this 10th day of March, 2020, upon consideration of Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by *pro se* petitioner, Sophana Sovann (Document No. 1, filed September 6, 2016), the record in this case, the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated November 7, 2018 (Document No. 27), *pro se* petitioner's Objections to [the] Report and Recommendation (Document No. 37, filed May 9, 2019), **IT IS ORDERED** as follows:

    1. The Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated November 7, 2018, is **APPROVED** and **ADOPTED**;

    2. *Pro se* petitioner's Objections to [the] Report and Recommendation are **OVERRULED**;

    3. The Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by *pro se* petitioner, Sophana Sovann, is **DENIED** and **DISMISSED**;

    4. To the extent that *pro se* petitioner requested an evidentiary hearing in his Objections to [the] Report and Recommendation, *pro se* petitioner's request is **DENIED** on the ground that all relevant facts are matters of record.

**IT IS FURTHER ORDERED** that certificate of appealability will not issue because reasonable jurists would not debate (a) this Court's decision that the petition does not state a valid claim of the denial of a constitutional right, or (b) the propriety of this Court's procedural ruling with respect to petitioner's claims. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**